UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MONTE C. HOISINGTON,

          Plaintiff,

v.

ROBIN WILLIAMS, *et al.*,

          Defendant.

No. C09-5630 RJB/KLS

ORDER GRANTING INFORMA PAUPERIS STATUS

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  26th  day of October, 2009.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1