# United States District Court

WESTERN DISTRICT OF WASHINGTON

MONTE HOISINGTON

      v.

ROBIN WILLIAMS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5630RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation of the Magistrate Judge (Dkt. 35) is **ADOPTED**. Defendants' motion for summary judgment (Dkt. 28) is **GRANTED**. This case is **DISMISSED**.

| | |
|---|---|
| September 24, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |